**VERDICT FORM**

**1. We, the jury, find as follows on Plaintiff's Eighth Amendment claims:**
*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Ashley Phillips, R.N. | _____ | or | __X__ |
| Kurt Osmundson, M.D. | _____ | or | __X__ |
| Wexford Health Sources, Inc. | _____ | or | __X__ |

**2. We, the jury, find as follows on Plaintiff's professional negligence claims:**
*(Place an "X" on the appropriate line for each claim.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Ashley Phillips, R.N. | _____ | or | __X__ |
| Kurt Osmundson, M.D. | _____ | or | __X__ |
| Vipin Shah, M.D. | _____ | or | __X__ |
| Wexford Health Sources, Inc. (SEE INSTRUCTION No. 32) | _____ | or | __X__ |

*(If you found for Plaintiff on any of his claims, fill in below the compensatory damages you award. If you found against Plaintiff on all of Plaintiff's claims, skip parts 3 and 4 because you will not award damages.)*

**3. We, the jury, find as follows on Plaintiff's direct negligence claim:**
*(Place an "X" on the appropriate line.)*

|  | For Plaintiff |  | For Defendant |
|---|---|---|---|
| Wexford Health Sources, Inc. | _____ | or | __X__ |

**4. Having found for Plaintiff, we fix Plaintiff's total compensatory damages as**

$_____.

*(If you found against one or more Defendants on Plaintiff's Eighth Amendment claims (section 1 above only), in addition to any compensatory damages awarded above, you may, but are not required to, award punitive damages against that particular Defendant. If you found in favor of all Defendants on Plaintiff's Eighth Amendment claims, skip section 5 because you may not award punitive damages. You cannot award punitive damages on the negligence claims (sections 2 and 3 above).*

**5. Having found against a particular Defendant on Plaintiff's Eighth Amendment claim(s), we fix Plaintiff's punitive damages against that Defendant, if any, as follows:**

| Ashley Phillips, R.N. | $_____ |
| Kurt Osmundson, M.D. | $_____ |
| Wexford Health Sources, Inc. | $_____ |

**We, the jury, having reached a unanimous agreement on Plaintiff's claims, sign below.**

Date: 6/17/2021

Signatures:

s/Juror
_____
Presiding Juror

s/Juror
_____
Juror

s/Juror
_____
Juror

s/Juror
_____
Juror

s/Juror
_____
Juror

s/Juror
_____
Juror

s/Juror
_____
Juror

2