E-FILED
Monday, 21 June, 2021  02:02:51 PM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Central    District of    Illinois

| | |
|---|---|
| Jasmine Sweezer,<br>*Plaintiff*<br>v.<br>Wexford Health Soruces, Inc., Ashley Phillips, Kurt Osmundson, Vipin Shah, Unknown Nurses 1-7, and Unknown Physician's Assistant 1,<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>    Civil Action No.    17-1476 |

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

   Plaintiff, Jasmine Sweezer recover nothing on his claims against Defendants Wexford Health Sources, Inc., Ashley Phillips, Kurt Osmundson, and Vipin Shah, and this action is dismissed on its merits.

☒  other:   Defendants Unknown Nurses 1-7 and Unknown Physician's Assistant 1 were dismissed on 4/13/21. _____ .

This action was *(check one)*:

☒  tried by a jury with Judge _____ Jonathan E. Hawley _____ presiding, and the jury has rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision was reached.

☐  decided by Judge _____ on a motion for _____ .

Date:  6/21/21

Reviewed by:

s/Jonathan E. Hawley

6/21/2021

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*